**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| TEXAS ATLANTIC HOSPITALITY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY BROWN.; <br><br> Defendant. | CIVIL ACTION NO.: 4:19-cv-163 |

# **O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 4, 2019 Report and Recommendation, (doc. 9), to which Plaintiff has not filed a response. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 9), as the opinion of the Court and **DISMISSES** Defendant's motion to proceed *in forma pauperis* as **MOOT** and **REMANDS** this case to Liberty County.

**SO ORDERED**, this 4th day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA