# United States District Court
## Southern District of Georgia

TEXAS ATLANTIC HOSPITALITY, LLC,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-163

ASHLEY BROWN,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 4, 2019, adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, Plaintiff's case is REMANDED to Liberty County and Defendant's motion to proceed in forma pauperis is DISMISSED as moot. This case stands closed.

Approved by: _____

December 11, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk